NATHANIEL J. HAMMOND, attorney general, *ex rel.*, plaintiff in error, *vs.* HAYWOOD BROOKINS, ordinary, defendant in error.

Where the certificate of the presiding judge to a bill of exceptions was as follows: "I certify that the foregoing bill of exceptions contains all that is necessary for a full understanding of the errors complained of, and the clerk of the superior court of Washington county is therefore ordered to cause a complete exemplification of the record to be forwarded to the July term of the supreme court at Atlanta, in order that the alleged errors may be corrected," the writ of error will be dismissed on motion. (R.)

Certificate. Bill of exceptions. Practice before the Supreme Court. July Term, 1875.

The above head-note reports this case.

THOMAS EVANS, by JAMES K. HINES, for plaintiff in error.

JAMES S. HOOK, by PEEPLES & HOWELL, for defendant.